**Fill in this information to identify your case:**

Debtor 1     **Euisung Kim**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number     **26-30550**
(if known)

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**     List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

**900 Bush SF LLC**
**100 Green Street**
**San Francisco, CA 94111**

What is the nature of the claim?     **Business - Commercial Lease**     **$75,555.88**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

Contact

Contact phone

**2**

**American Express**
**200 Vesey Street**
**New York, NY 10285-3106**

What is the nature of the claim?     **Personal - Credit Card x1001**     **$19,889.81**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

Case: 26-30550    Doc# 45    Filed: 06/30/26    Entered: 06/30/26 21:58:14    Page 1 of 7

Debtor 1    **Euisung Kim**                                    Case number (if known)    **26-30550**

Contact                                          ☐    Yes. Total claim (secured and unsecured)
_____                                       Value of security:                    - _____
Contact phone                                         Unsecured claim                        _____

---

**3** ⬛

**American Express**
**200 Vesey Street**
**New York, NY 10285-3106**

What is the nature of the claim?    **Personal - Credit Card**    **$2,753.04**
                                    **x3001**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
⬛    None of the above apply

Does the creditor have a lien on your property?

⬛    No
Contact                                          ☐    Yes. Total claim (secured and unsecured)
_____                                       Value of security:                    - _____
Contact phone                                         Unsecured claim                        _____

---

**4** ⬛

**Capital One Financial Corp**
**1680 Capital One Drive**
**McLean, VA 22102-3491**

What is the nature of the claim?    **Personal - Credit Card**    **$3,479.90**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
⬛    None of the above apply

Does the creditor have a lien on your property?

⬛    No
Contact                                          ☐    Yes. Total claim (secured and unsecured)
_____                                       Value of security:                    - _____
Contact phone                                         Unsecured claim                        _____

---

**5** ⬛

**Chase Auto Finance**
**PO Box 650351**
**Dallas, TX 75265**

What is the nature of the claim?    **2022 Mercedes Benz**    **$24,270.58**
                                    **GLE 450 79234 miles**

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
⬛    None of the above apply

Does the creditor have a lien on your property?

☐    No
Contact                                          ⬛    Yes. Total claim (secured and unsecured)    **$51,922.58**
_____                                       Value of security:                    - **$27,652.00**
Contact phone                                         Unsecured claim                        **$24,270.58**

---

**6** ⬛

**Clover Network, LLC**

What is the nature of the claim?    **Business - Unsecured**    **$10,000.00**
                                    **Loan**

---

Case: 26-30550   Doc# 45   Filed: 06/30/26   Entered: 06/30/26 21:58:14   Page 2 of 7

**415 N Mathilda Avenue**
**Sunnyvale, CA 94085**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

|  |  |
|---|---|
| Contact | Value of security:     - _____ |
| Contact phone | Unsecured claim   _____ |

---

**7**

**Fundbox**
**5760 Legacy Dr**
**B3-535**
**Plano, TX 75024**

What is the nature of the claim?     **Business - Unsecured Loan**     **$43,187.87**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)     _____

| Contact |  |
|---|---|
| **855-908-3533** | Value of security:     - _____ |
| Contact phone | Unsecured claim   _____ |

---

**8**

**International Marine Products, Inc.**
**3602 Munster St**
**Hayward, CA 94545**

What is the nature of the claim?     **Business - Food Vendor**     **$6,549.98**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)     _____

| Contact |  |
|---|---|
|  | Value of security:     - _____ |
| Contact phone | Unsecured claim   _____ |

---

**9**

**JPMorgan Chase Bank, N.A.**
**PO Box 6294**
**Carol Steam, IL 60197**

What is the nature of the claim?     **Business - Credit Card x5128**     **$48,190.98**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Case: 26-30550     Doc# 45     Filed: 06/30/26     Entered: 06/30/26 21:58:14     Page 3 of 7

Debtor 1     **Euisung Kim**     Case number *(if known)*     **26-30550**

|  | ■ | No |  |
| --- | --- | --- | --- |
| Contact | ☐ | Yes. Total claim (secured and unsecured) | _____ |
| **800-945-2028** |  | Value of security: | - _____ |
| Contact phone |  | Unsecured claim | _____ |

---

**10**

**JPMorgan Chase Bank, N.A.**
**PO Box 6294**
**Carol Steam, IL 60197**

What is the nature of the claim?     **Business - Credit Card**     **$27,980.30**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     _____

Value of security:     - _____

|  |  |  |
| --- | --- | --- |
| Contact |  |  |
| **800-945-2028** |  | Unsecured claim     _____ |
| Contact phone |  |  |

---

**11**

**Kiyoi**
**1222 S Amphilett Blvd**
**San Mateo, CA 94402**

What is the nature of the claim?     **Business - Food Vendor**     **$13,423.72**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     _____

Value of security:     - _____

|  |  |  |
| --- | --- | --- |
| Contact |  | Unsecured claim     _____ |
| Contact phone |  |  |

---

**12**

**PG&E**
**BOC 997300**
**Sacramento, CA 95899-7300**

What is the nature of the claim?     **Business - Utilities**     **$7,968.59**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     _____

Value of security:     - _____

|  |  |  |
| --- | --- | --- |
| Contact |  | Unsecured claim     _____ |
| Contact phone |  |  |

---

**13**

What is the nature of the claim?     **Business - Food**     **$7,146.19**

| Debtor 1 | Euisung Kim | | Case number *(if known)* | 26-30550 |

**Vendor**

**S J Distributors LLC**
**625 Vista Way**
**Milpitas, CA 95035**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact

Contact phone

---

**14**

**SANGMANEEDEJ, ORAWAN**
**735 Taylor St. #1**
**San Francisco, CA 94108**

What is the nature of the claim?    **Wages Owed**    **$2,603.21**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact

Contact phone

---

**15**

**SoFi Bank, N.A.**
**2750 E Cottonwood Pkwy**
**300**
**Cottonwood Heights, UT 84121**

What is the nature of the claim?    **Personal - Unsecured Loan x6429**    **$35,668.75**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

**855-456-7634**
Contact phone

  - Value of security: - _____
  - Unsecured claim _____

---

**16**

**Techron Chevon**
**1400 Smith Street**
**Houston, TX 77002**

What is the nature of the claim?    **Personal - Credit Card**    **$3,813.93**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

Case: 26-30550    Doc# 45    Filed: 06/30/26    Entered: 06/30/26 21:58:14    Page 5 of 7

Debtor 1     **Euisung Kim**                              Case number *(if known)*     **26-30550**

---

Contact

Contact phone

☐  No

☐  Yes. Total claim (secured and unsecured)

Value of security:                  -  _____

Unsecured claim                    _____

---

**17**

**UC Perez, Carlos Benjamin**
**900 Van Ness Ave.**
**San Francisco, CA 94109**

**What is the nature of the claim?**     **Wages Owed**     **$2,634.44**

**As of the date you file, the claim is: Check all that apply**

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                  -  _____

Contact phone                          Unsecured claim                    _____

---

**18**

**Upstart**
**Upstart Operations Dept.**
**P.O. Box 1503**
**San Carlos, CA 94070**

**What is the nature of the claim?**     **Personal Loan**     **$8,587.16**

**As of the date you file, the claim is: Check all that apply**

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                  -  _____

Contact phone                          Unsecured claim                    _____

---

**19**

**Wells Fargo Bank, N.A.**
**464 California St**
**San Francisco, CA 94104**

**What is the nature of the claim?**     **Personal - Credit Card**     **$11,000.00**
                                          **x0367**

**As of the date you file, the claim is: Check all that apply**

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                  -  _____

Contact phone                          Unsecured claim                    _____

---

**20**

**Woosung America**

**What is the nature of the claim?**     **Business - Food**     **$3,097.40**
                                          **Vendor**

---

Debtor 1    **Euisung Kim**                                    Case number *(if known)*    **26-30550**

**1761 National Ave**              **As of the date you file, the claim is:** Check all that apply
**Hayward, CA 94545**
                                   ☐    Contingent
                                   ☐    Unliquidated
                                   ☐    Disputed
                                   ■    None of the above apply

_____

_____       **Does the creditor have a lien on your property?**

Contact                             ■    No

_____       ☐    Yes. Total claim (secured and unsecured)      _____
Contact phone                                Value of security:              -    _____
                                             Unsecured claim                      _____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

_____ /s/ Euisung Kim _____        _____
**Euisung Kim**                                       Signature of Debtor 2
Signature of Debtor 1

Date    **June 30, 2026**                             Date    _____

Case: 26-30550    Doc# 45    Filed: 06/30/26    Entered: 06/30/26 21:58:14    Page 7 of 7